**Barnes & Thornburg**

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105
P: (973)775-6101
F: (973) 775-6102

December 26, 2025

# ORDER

<u>**VIA CM/ECF FILING**</u>

Honorable Edward S. Kiel, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
Fourth and Cooper Streets
Camden, NJ 08101

        Re: <u>Olivia Blymer, et al. v. Solvay Specialty Polymers USA, LLC, et al.</u>
           <u>Civil Action No. 1:25-cv-13774</u>

Dear Judge Kiel:

    We write on behalf of Defendant 3M Company with respect to the Court's December 12, 2025 Order (Dkt. No. 9), directing 3M to respond by December 29, 2025 to Plaintiff's September 15, 2025 letter seeking leave to move to remand this action to the Superior Court of New Jersey (Dkt. No. 3). The parties have been meeting and conferring on this issue, and 3M respectfully requests a two-week extension to January 12, 2026 to respond substantively. Plaintiffs consent to this extension request.

    Thank you for your attention to this matter.

                             Respectfully Submitted,

                             BARNES & THORNBURG LLP

                             <u>/s/ Michael C. Zogby</u>
                             Michael C. Zogby

cc: All counsel of record (via CM/ECF)


                        **So ordered.**

                        <u>**/s/ Edward S. Kiel**</u>
                        **Edward S. Kiel, U.S.D.J.**
                        **Date: December 29, 2025**